1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA
9
10   RODNEY T. VALDEZ,                    )   No. EDCV 14-1206 DOC (FFM)
                                          )
11                      Petitioner,       )   ORDER ACCEPTING FINDINGS,
                                          )   CONCLUSIONS AND
12        v.                              )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE JUDGE
13   PEOPLE OF THE STATE OF               )
     CALIFORNIA,                          )
14                      Respondent.       )
     _____       )
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21        IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

22   on the merits with prejudice.

23

24   DATED: _January 14, 2015_____

25
                          _____
26                               DAVID O. CARTER
27                               United States District Judge
28