UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY T. VALDEZ, | ) | No. EDCV 14-1206 DOC (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 14, 2015

_David O. Carter_
DAVID O. CARTER
United States District Judge